FAN

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>David SINGH,<br>Defendant. | Case No.: 24mj2386<br>COMPLAINT FOR VIOLATION OF<br>Title 21 U.S.C. §§ 952 and 960<br>Importation of a Controlled Substance<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about June 22, 2024, within the Southern District of California, David SINGH did knowingly and intentionally import a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Probable Cause Statement incorporated herein by reference.

Special Agent Eric Velazquez
Homeland Security Investigations

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 24th day of June 2024.

Allison H. Goddard

Hon. Allison H. Goddard
United States Magistrate Judge

**PROBABLE CAUSE STATEMENT**

I, Special Agent Ocampo Rae N., declare under penalty of perjury, the following is true and correct:

On June 21, 2024, at approximately 11:29 p.m., David SINGH, ("SINGH"), a United States citizen, applied for entry into the United States from Mexico through the San Ysidro POE in vehicle lane #7. SINGH was the driver, sole occupant, and registered owner of a 2019 Toyota Tacoma ("the vehicle") bearing California license plates.

A Customs and Border Protection Officer (CBPO) received a Customs declaration from SINGH regarding a bottle of alcohol and confirmed the lone declaration to the CBPO. SINGH stated he was crossing the border to go to home. The CBPO conducted a search of the vehicle and observed spare tire tools on the back seat. SINGH was asked by the CBPO if he had changed the tire recently to which he replied that he recently changed a tire out. The CBPO inspected the spare tire, tapped it, and observed the tire to be solid and without rebound. The CBPO also observed the spare tire to be a different brand than the other tires and very clean compared to the dirty undercarriage. SINGH provided another negative declaration to the CBPO.

A Canine Enforcement Team was conducting pre-primary operations when the Human and Narcotic Detection Dog alerted to the spare tire located underneath the vehicle.

A CBPO utilized their XPose contraband detector to check the spare tire and received higher than normal readings, indicating a presence of something solid inside.

The vehicle was subsequently referred for further inspection.

Further inspection of the vehicle resulted in the discovery of 25 packages concealed in the spare tire of the vehicle, with a total approximate weight of 30.88 kgs (68.08 lbs). A sample of the substance contained within the packages field tested positive for the characteristics of cocaine.

SINGH was placed under arrest at approximately 2:00 a.m.

During a post-Miranda interview, SINGH denied knowledge that the narcotics were in the vehicle. SINGH stated that he was going to his wife's apartment in San Diego, CA. SINGH claimed that approximately one year prior, he confronted and stopped a former neighbor, "Ricardo", from switching the spare tire of his vehicle with a tire he believed was laden with narcotics. SINGH further stated that he most recently lent his vehicle to a friend, "Mario", approximately one week prior.

SINGH was arrested and charged with a violation of Title 21, United States Code, 952 and 960, importation of a controlled substance.

Executed on June 22, 2024, at 5:35 a.m.

Ocampo Rae N., HSI Special Agent

On the basis of the facts presented in this probable cause statement consisting of 3 pages, I find probable cause to believe the defendant, David SINGH, named in this probable cause statement, committed the offense on June 22, 2024, in violation of Title 21 USC 952 and 960, Unlawful Importation of a Controlled Substance.

Hon. Lupe Rodriguez, Jr.
United States Magistrate Judge

6/22/24 6:51 a.m.
Date/Time