# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

vs

David Singh

CASE NUMBER 24-mj-02386-AHG

**ABSTRACT OF ORDER**

Booking No. 14419506

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 6/24/24

the Court entered the following order:

| | |
|---|---|
| X | Defendant be released from custody. |
| | Defendant placed on supervised / unsupervised probation / supervised release. |
| | Defendant continued on supervised / unsupervised probation / supervised release. |
| X | Defendant released on $15,000 PS (1 FRRA) Bond posted. |
| | Defendant appeared in Court. FINGERPRINT & RELEASE. |
| | Defendant remanded and ( ________ bond ) ( ________ bond on appeal ) exonerated. |
| | Defendant sentenced to TIME SERVED, supervised release for ________ years. |
| | Bench Warrant Recalled. |
| | Defendant forfeited collateral. |
| | Case dismissed. |
| | Case dismissed, charges pending in case no. |
| | Defendant to be release to Pretrial Services for electronic monitoring. |
| X | Other. Bond package due 7/3/24 |

ALLISON H. GODDARD

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

JOHN MORRILL, Clerk of Court

by Erica Fry x. 2923

TL

## Read: 24mj2386 David Singh Abstract

CAS Releases

Mon 6/24/2024 3:57 PM

To:Erica Fry

1 attachments (77 KB)

Read: 24mj2386 David Singh Abstract;

CAUTION - EXTERNAL:

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.