**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

DAVID SINGH,

Defendant.

Case No. 24cr1458-JO
24-MJ-2386

**I N F O R M A T I O N**

Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine (Felony)

The United States Attorney charges:

On or about June 22, 2024, within the Southern District of California, defendant, DAVID SINGH, did knowingly and intentionally import a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 6/28/2024.

TARA K. McGRATH
United States Attorney

FRANCISCO A. NAGEL
Assistant U.S. Attorney

FAN:ym:6/28/2024